UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DEMONT ALLEN,

    Plaintiff,

v.

Case No. 16-11291

Honorable John Corbett O'Meara

NANCY A. BERRYHILL, ACTING COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

                                      /

## ORDER ADOPTING MAGISTRATE JUDGE MAJZOUB'S MAY 2, 2017 REPORT AND RECOMMENDATION

The court, pursuant to Rule 72(b) of the Federal Rules of Civil Procedure, 28 U.S.C. § 636(b)(1)(B), and LR 72.1(E.D. Mich. March 1, 2010), has reviewed Magistrate Judge Mona K. Majzoub's May 2, 2017 Report and Recommendation, as well as Plaintiff's May 30, 2017 objections to the report and Defendant's June 8, 2017 response to those objections.

After conducting a *de novo* review, the court hereby **ORDERS** that Magistrate Judge Majzoub's Report and Recommendation is **ADOPTED.**

It is further **ORDERED** that plaintiff Allen's motion for summary judgment is **DENIED**, and Defendant's motion for summary judgment is **GRANTED.**

                                      s/John Corbett O'Meara
                                      United States District Judge

Date: June 26, 2017

I hereby certify that a copy of the foregoing document was served upon counsel of record on this date, June 26, 2017, using the ECF system.

<pre>
                            s/William Barkholz
                            Case Manager
</pre>